IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>CITIZENS FINANCIAL GROUP INC.,<br>CITIZENS BANK,<br>CITIZENS BANK NEW HAMPSHIRE,<br>CITIZENS BANK OF CONNECTICUT,<br>CITIZENS BANK OF MASSACHUSETTS,<br>CITIZENS BANK OF PENNSYLVANIA,<br>CITIZENS BANK OF RHODE ISLAND,<br>CITIZENS BANK, N.A., and<br>CHARTER ONE BANK, N.A.,<br><br>Defendants. | [redacted] 07 210 ML<br><br>CIVIL CASE NO.<br>____________________<br><br>Jury Trial Demanded |

**PLAINTIFF RONALD A. KATZ TECHNOLOGY LICENSING, L.P.'S**

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff, Ronald A. Katz Technology Licensing, L.P. ("Katz Technology Licensing"), by counsel, alleges as follows:

**THE PARTIES**

**1.** Plaintiff Katz Technology Licensing is a limited partnership organized under the laws of the State of California, and has a principal place of business at 9220 Sunset Blvd. #315, Los Angeles, CA 90069.

**2.** On information and belief, Defendant Citizens Financial Group, Inc. is a Delaware entity maintaining its principal place of business at One Citizens Plaza, Providence, Rhode Island 02903.

**3.** On information and belief, Defendant Citizens Bank is a Delaware entity maintaining its principal place of business at 919 North Market Street, Suite 200, Wilmington, Delaware 19801.

**4.** On information and belief, Defendant Citizens Bank New Hampshire is a New Hampshire entity maintaining its principal place of business at 875 Elm Street, Manchester, New Hampshire 03105.

**5.** On information and belief, Defendant Citizens Bank of Connecticut is a Connecticut entity maintaining its principal place of business at 63 Eugene O'Neill Drive, New London, Connecticut 06320.

**6.** On information and belief, Defendant Citizens Bank of Massachusetts is a Massachusetts entity maintaining its principal place of business at 28 State Street, Boston, Massachusetts 02110.

**7.** On information and belief, Defendant Citizens Bank of Pennsylvania is a Pennsylvania entity maintaining its principal place of business at 2001 Market Street, Philadelphia, Pennsylvania 19103.

**8.** On information and belief, Defendant Citizens Bank of Rhode Island is a Rhode Island entity maintaining its principal place of business at One Citizens Plaza, Providence, Rhode Island 02903.

**9.** On information and belief, Defendant Citizens Bank, N.A. is a New York entity maintaining its principal place of business at 833 Broadway, Albany, New York 12207.

**10.** On information and belief, Defendant Charter One Bank, N.A. is an Ohio entity maintaining its principal place of business at 1215 Superior Avenue, Cleveland, Ohio 44114.

## JURISDICTION AND VENUE

**11.** This is a civil action for patent infringement arising under the United States patent statutes, 35 U.S.C. § 1 *et seq*.

**12.** This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1338(a).

**13.** Upon information and belief, Defendants Citizens Financial Group, Inc., Citizens Bank, Citizens Bank New Hampshire, Citizens Bank of Connecticut, Citizens Bank of Massachusetts, Citizens Bank of Pennsylvania, Citizens Bank of Rhode Island, Citizens Bank, N.A., and Charter One Bank, N.A., (collectively, "Defendants") are subject to this Court's personal jurisdiction because they do and have done substantial business in this judicial district, including: (i) operating infringing automated telephone call processing systems, including without limitation customer service systems that allow their customers, including customers within this State and within this District, to perform banking, mortgage, investment and/or other services over the telephone, including without limitation Citizens Bank Customer Service, Citizens Bank Business Phone Banking Service, Citizens Direct Mortgage, Charter One Customer Service, Charter One Online Banking, and Charter One Investment Services telephone systems; (ii) providing commercial and/or consumer banking services at bank branches within this State and within this District; and/or (iii) regularly doing or soliciting business, engaging in other persistent courses of conduct, and/or deriving substantial revenue from services provided to individuals in this State and in this District.

**14.** Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b)-(c) and 1400(b).

## BACKGROUND FACTS

**15.** Ronald A. Katz ("Mr. Katz"), founder of Katz Technology Licensing, is the sole inventor of each of the patents in suit. Mr. Katz has been widely recognized as one of the most prolific and successful inventors of our time, and his inventions over the last forty-plus years have been utilized by literally millions of people.

**16.** In 1961, Mr. Katz co-founded Telecredit Inc. ("Telecredit"), the first company to provide online, real-time credit authorization, allowing merchants to verify checks over the telephone. Further innovations from Telecredit include the first online, real-time, point-of-sale credit verification terminal, which enabled merchants to verify checks without requiring the assistance of a live operator, and the first device that used and updated magnetically-encoded cards in automated teller machines. Multiple patents issued from these innovations, including patents co-invented by Mr. Katz.

**17.** Telecredit was eventually acquired by Equifax, and has now been spun off as Certegy, a public company traded on the New York Stock Exchange. Certegy continues to provide services in the credit and check verification field established by Mr. Katz and Telecredit.

**18.** Mr. Katz's inventions have not been limited to telephonic check verification. Indeed, Mr. Katz is responsible for advancements in many fields of technology. Among his most prominent and well-known innovations are those in the field of interactive call processing. Mr. Katz's inventions in that field are directed to the integration of telephonic systems with computer databases and live operator call centers to provide interactive call processing services.

**19.** The first of Mr. Katz's interactive call processing patents issued on December 20, 1988. More than fifty U.S. patents have issued to Mr. Katz for his inventions in the interactive call processing field, including each of the patents-in-suit.

**20.** In 1988, Mr. Katz partnered with American Express to establish FDR Interactive Technologies, later renamed Call Interactive, to provide interactive call processing services based on Mr. Katz's inventions. The American Express business unit involved in this joint venture later became known as First Data.

**21.** Early clients of Call Interactive included *The New York Times*, ABC's *Monday Night Football*, KABC Radio, CBS News, and Beatrice Foods (Hunt-Wesson division).

**22.** Many of these clients utilized Call Interactive technology for high-profile events. For example, CBS News hired Call Interactive to operate an interactive, real-time telephone poll to gauge viewer reaction to President George H.W. Bush's 1992 State of the Union address.

**23.** Mr. Katz sold his interest in Call Interactive to American Express in 1989 but continued to provide advisory services to Call Interactive until 1992. American Express later spun off the First Data business unit into a separate corporation, and with that new entity went Mr. Katz's interactive call processing patents and the Call Interactive call processing business. The former Call Interactive, now known as First Data Voice Services, continues to provide call processing solutions today.

**24.** In 1994, Mr. Katz formed Katz Technology Licensing, which acquired the rights to the entire interactive call processing patent portfolio, including the rights to each of the patents-in-suit, from First Data, the owner of all of the Katz interactive call processing patents at that time.

**25.** The marketplace has clearly recognized the value of Mr. Katz's inventions. Indeed, over 150 companies have licensed the patents-in-suit. Licensees include IBM, Hewlett-Packard, Bank of America, JPMorgan Chase, Wells Fargo, HSBC, Verizon, Sprint, Microsoft, Delta Airlines, Merck, Sears, and Home Shopping Network. These licenses and others

acknowledge the applicability of the patents-in-suit to multiple fields of use, including but not limited to financial services call processing, automated securities transactions, automated credit card authorization services, automated wireless telecommunication services and support, automated health care services, and product and service support.

**26.** Each of the defendants employs the inventions of certain of the patents-in-suit. Katz Technology Licensing, through its licensing arm A2D, L.P., has repeatedly attempted to engage each defendant in licensing negotiations, but to date, none of the defendants have agreed to take a license to any of the patents-in-suit.

## THE PATENTS-IN-SUIT

**27.** On December 20, 1988, the United States Patent and Trademark Office duly and legally issued United States Patent No. 4,792,968 ("the '968 Patent"), entitled "Statistical Analysis System For Use With Public Communication Facility," to Ronald A. Katz, sole inventor. The '968 Patent expired on December 20, 2005.

**28.** On May 29, 1990, the United States Patent and Trademark Office duly and legally issued United States Patent No. 4,930,150 ("the '150 Patent"), entitled "Telephonic Interface Control System," to Ronald A. Katz, sole inventor. The '150 Patent expired on December 20, 2005.

**29.** On October 5, 1993, the United States Patent and Trademark Office duly and legally issued United States Patent No. 5,251,252 ("the '252 Patent"), entitled "Telephone Interface Call Processing System With Call Selectivity," to Ronald A. Katz, sole inventor.

**30.** On October 19, 1993, the United States Patent and Trademark Office duly and legally issued United States Patent No. 5,255,309 ("the '309 Patent"), entitled "Telephonic-Interface Statistical Analysis System," to Ronald A. Katz, sole inventor. The '309 Patent expired

on December 20, 2005.

**31.** On November 2, 1993, the United States Patent and Trademark Office duly and legally issued United States Patent No. 5,259,023 ("the '023 Patent"), entitled "Telephonic-Interface Statistical Analysis System," to Ronald A. Katz, sole inventor. The '023 Patent expired on December 20, 2005.

**32.** On September 27, 1994, the United States Patent and Trademark Office duly and legally issued United States Patent No. 5,351,285 ("the '285 Patent"), entitled "Multiple Format Telephonic Interface Control System," to Ronald A. Katz, sole inventor. The '285 Patent expired on December 20, 2005.

**33.** On October 1, 1996, the United States Patent and Trademark Office duly and legally issued United States Patent No. 5,561,707 ("the '707 Patent"), entitled "Telephonic-Interface Statistical Analysis System," to Ronald A. Katz, sole inventor. The '707 Patent expired on December 20, 2005.

**34.** On November 4, 1997, the United States Patent and Trademark Office duly and legally issued United States Patent No. 5,684,863 ("the '863 Patent"), entitled "Telephonic-Interface Statistical Analysis System," to Ronald A. Katz, sole inventor. The '863 Patent expired on December 20, 2005.

**35.** On September 29, 1998, the United States Patent and Trademark Office duly and legally issued United States Patent No. 5,815,551 ("the '551 Patent"), entitled "Telephonic-Interface Statistical Analysis System," to Ronald A. Katz, sole inventor. The '551 Patent expired on December 20, 2005.

**36.** On October 27, 1998, the United States Patent and Trademark Office duly and legally issued United States Patent No. 5,828,734 ("the '734 Patent"), entitled "Telephone

Interface Call Processing System With Call Selectivity," to Ronald A. Katz, sole inventor.

**37.** On June 29, 1999, the United States Patent and Trademark Office duly and legally issued United States Patent No. 5,917,893 ("the '893 Patent"), entitled "Multiple Format Telephonic Interface Control System," to Ronald A. Katz, sole inventor. The '893 Patent expired on December 20, 2005.

**38.** On October 26, 1999, the United States Patent and Trademark Office duly and legally issued United States Patent No. 5,974,120 ("the '120 Patent"), entitled "Telephone Interface Call Processing System with Call Selectivity," to Ronald A. Katz, sole inventor.

**39.** On November 14, 2000, the United States Patent and Trademark Office duly and legally issued United States Patent No. 6,148,065 ("the '065 Patent"), entitled "Telephonic-Interface Statistical Analysis System," to Ronald A. Katz, sole inventor. The '065 Patent expired on July 10, 2005.

**40.** On February 19, 2002, the United States Patent and Trademark Office duly and legally issued United States Patent No. 6,349,134 ("the '134 Patent"), entitled "Telephonic-Interface Statistical Analysis System," to Ronald A. Katz, sole inventor. The '134 Patent expired on December 20, 2005.

**41.** On August 13, 2002, the United States Patent and Trademark Office duly and legally issued United States Patent No. 6,434,223 ("the '223 Patent"), entitled "Telephone Interface Call Processing System With Call Selectivity," to Ronald A. Katz, sole inventor. The '223 Patent expired on July 10, 2005.

**42.** On January 13, 2004, the United States Patent and Trademark Office duly and legally issued United States Patent No. 6,678,360 ("the '360 Patent"), entitled "Telephonic-Interface Statistical Analysis System," to Ronald A. Katz, sole inventor. The '360 Patent expired

on July 10, 2005.

**COUNT I**
**(PATENT INFRINGEMENT)**

**43.** Katz Technology Licensing realleges and incorporates by reference paragraphs 1-42 of this Complaint as if fully set forth herein.

**44.** Katz Technology Licensing is the sole holder of the entire right, title, and interest in the '968, '150, '252, '309, '023, '285, '707, '863, '551, '734, '893, '120, '065, '134, '223 and '360 Patents.

**45.** Upon information and belief, the Defendants operate automated telephone systems, including without limitation customer service systems that allow their customers to perform banking, mortgage, investment, and/or other services over the telephone, including without limitation Citizens Bank Customer Service, Citizens Bank Business Phone Banking Service, Citizens Direct Mortgage, Charter One Customer Service, Charter One Online Banking, and Charter One Investment Services telephone systems.

**46.** The Defendants have directly and contributorily infringed, and induced others to infringe, one or more claims of each of the patents identified in paragraph 44 of this Complaint by making, using, offering to sell, and/or selling within the United States automated telephone systems, including without limitation customer service systems that allow their customers to perform banking, mortgage, investment and/or other services over the telephone, including without limitation Citizens Bank Customer Service, Citizens Bank Business Phone Banking Service, Citizens Direct Mortgage, Charter One Customer Service, Charter One Online Banking, and Charter One Investment Services telephone systems.

**47.** The Defendants continue to infringe, contributorily infringe, and induce others to infringe the '252, '734 and '120 Patents.

**48.** The Defendants' infringement of the patents identified in paragraph 44 has been willful.

**49.** Katz Technology Licensing has been, and continues to be, damaged and irreparably harmed by the Defendants' infringement, which will continue unless the Defendants are enjoined by this Court.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff Katz Technology Licensing respectfully requests the following relief:

A. A judgment holding the Defendants liable for infringement of the patents identified in paragraph 44 of this Complaint;

B. A permanent injunction against the Defendants, their officers, agents, servants, employees, attorneys, parent and subsidiary corporations, assigns and successors in interest, and those persons in active concert or participation with them, enjoining them from continued acts of infringement of the '252, '734 and '120 Patents;

C. An accounting for damages resulting from the Defendants' infringement of the patents identified in paragraph 44 of this Complaint, together with pre-judgment and post-judgment interest;

D. A judgment holding that the Defendants' infringement of the patents identified in paragraph 44 of this Complaint is willful, and a trebling of damages pursuant to 35 U.S.C. § 284;

E. A judgment holding this Action an exceptional case, and an award to Plaintiff Katz Technology Licensing for its attorneys' fees and costs pursuant to 35 U.S.C. § 285; and

F. Such other relief as the Court deems just and equitable.

Dated: June 8, 2007

Respectfully submitted,

By: ______________________________

John E. Bulman, State Bar No. 3147
*jbulman@lmkbw.com*
LITTLE, MEDEIROS, KINDER, BULMAN
& WHITNEY PC
72 Pine Street
Providence, RI 02903
(v) 401.272.8080
(f) 401.521.3555

Of Counsel:

Stephen C. Neal
*nealsc@cooley.com*
COOLEY GODWARD KRONISH LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Frank V. Pietrantonio
*fpietrantonio@cooley.com*
Jonathan G. Graves
*jgraves@cooley.com*
COOLEY GODWARD KRONISH LLP
One Freedom Square
11951 Freedom Drive
Reston, VA 20190-5656
Telephone: (703) 456-8000
Facsimile: (703) 456-8100

*Attorneys for Plaintiff*
*Ronald A. Katz Technology Licensing, L.P.*

**DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff Ronald A. Katz Technology Licensing, L.P. hereby demands trial by jury.

Dated: June 8, 2007

Respectfully submitted,

By: ______________________

John E. Bulman, State Bar No. 3147
*jbulman@lmkbw.com*
LITTLE, MEDEIROS, KINDER, BULMAN & WHITNEY PC
72 Pine Street
Providence, RI 02903
(v) 401.272.8080
(f) 401.521.3555

Of Counsel:

Stephen C. Neal
*nealsc@cooley.com*
COOLEY GODWARD KRONISH LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Frank V. Pietrantonio
*fpietrantonio@cooley.com*
Jonathan G. Graves
*jgraves@cooley.com*
COOLEY GODWARD KRONISH LLP
One Freedom Square
11951 Freedom Drive
Reston, VA 20190-5656
Telephone: (703) 456-8000
Facsimile: (703) 456-8100

*Attorneys for Plaintiff*
*Ronald A. Katz Technology Licensing, L.P.*