IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>CITIZENS FINANCIAL GROUP INC.,<br>CITIZENS BANK,<br>CITIZENS BANK NEW HAMPSHIRE,<br>CITIZENS BANK OF CONNECTICUT,<br>CITIZENS BANK OF MASSACHUSETTS,<br>CITIZENS BANK OF PENNSYLVANIA,<br>CITIZENS BANK OF RHODE ISLAND,<br>CITIZENS BANK, N.A., and<br>CHARTER ONE BANK, N.A.,<br><br>Defendants. | CA 07 210 ML<br><br>CIVIL CASE NO.<br><br>Jury Trial Demanded |

**PLAINTIFF RONALD A. KATZ TECHNOLOGY LICENSING, L.P.'S**

**CORPORATE DISCLOSURE STATEMENT**

In accordance with Rule 7.1(a) of the Federal Rules of Civil Procedure, Ronald A. Katz Technology Licensing, L.P. ("RAKTL") states that it is not a corporate entity. Further, there is no RAKTL parent corporation nor any corporation that owns 10% or more of stock of RAKTL.

Dated: June 8, 2007

Respectfully submitted,

By: ______________________________

John E. Bulman, State Bar No. 3147
*jbulman@lmkbw.com*
LITTLE, MEDEIROS, KINDER, BULMAN & WHITNEY PC
72 Pine Street
Providence, RI 02903
(v) 401.272.8080
(f) 401.521.3555

Of Counsel:

Stephen C. Neal
*nealsc@cooley.com*
COOLEY GODWARD KRONISH LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Frank V. Pietrantonio
*fpietrantonio@cooley.com*
Jonathan G. Graves
*jgraves@cooley.com*
COOLEY GODWARD KRONISH LLP
One Freedom Square
11951 Freedom Drive
Reston, VA 20190-5656
Telephone: (703) 456-8000
Facsimile: (703) 456-8100

*Attorneys for Plaintiff*
*Ronald A. Katz Technology Licensing, L.P.*