AO 120 (Rev. 3/04)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court District of Rhode Island on the following G Patents or G Trademarks:

| DOCKET NO. CA 07-210ML | DATE FILED 6/8/07 | U.S. DISTRICT COURT District of Rhode Island |
|---|---|---|
| PLAINTIFF<br>Ronald A. Katz Technology Licensing, L.P.<br>9220 Sunset Blvd., Ste. 315<br>Los Angeles, CA 90069 | | DEFENDANT<br>Citizens Financial Group, Inc., et al. |
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 4,792,968 | 12/20/1988 | Ronald A. Katz Technology Licensing, L.P. |
| 2 4,930,150 | 5/29/1990 | Ronald A. Katz Technology Licensing, L.P. |
| 3 5,251,252 | 10/5/1993 | Ronald A. Katz Technology Licensing, L.P. |
| 4 5,255,309 | 10/19/1993 | Ronald A. Katz Technology Licensing, L.P. |
| 5 5,259,023 | 11/2/1993 | Ronald A. Katz Technology Licensing, L.P. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY G Amendment G Answer G Cross Bill G Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director Copy 4—Case file copy**

| PATENT NO. | DATE OF PATENT | HOLDER OF PATENT |
|---|---|---|
| 5,351,285 | 09/27/1994 | Ronald A. Katz Technology Licensing, L.P. |
| 5,561,707 | 10/01/1996 | Ronald A. Katz Technology Licensing, L.P. |
| 5,684,863 | 11/04/1997 | Ronald A. Katz Technology Licensing, L.P. |
| 5,815,551 | 09/29/1998 | Ronald A. Katz Technology Licensing, L.P. |
| 5,828,734 | 10/27/1998 | Ronald A. Katz Technology Licensing, L.P. |
| 5,917,893 | 06/29/1999 | Ronald A. Katz Technology Licensing, L.P. |
| 5,974,120 | 10/26/1999 | Ronald A. Katz Technology Licensing, L.P. |
| 6,148,065 | 11/14/2000 | Ronald A. Katz Technology Licensing, L.P. |
| 6,349,134 | 02/19/2002 | Ronald A. Katz Technology Licensing, L.P. |
| 6,434,223 | 08/13/2002 | Ronald A. Katz Technology Licensing, L.P. |
| 6,678,360 | 01/13/2004 | Ronald A. Katz Technology Licensing, L.P. |