AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the District of RHODE ISLAND

Ronald A. Katz Technology Licensing, L.P.

V.

Citizens Financial Group, Inc., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: C.A. 07-0210-ML

TO: (Name and address of Defendant)

Citizens Bank of Massachusetts
c/o Robert E. Smyth, Pres.
28 State Street
Boston,MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John E. Bulman
LITTLE, MEDEIROS, KINDER, BULMAN & WHITNEY PC
72 Pine Street
Providence, RI 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 6/8/2007

(By) DEPUTY CLERK

UNITED STATES POSTAL SERVICE

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1820 0000 8781 6256**
Status: **Delivered**

Enter Label/Receipt Number.

Your item was delivered at 9:11 AM on June 13, 2007 in BOSTON, MA 02109.

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

TIZENS BANK OF MASSACHUSETTS
ROBERT E. SMYTH, PRES.
STATE STREET
STON, MA 02110

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X M. Edditt ☒ Agent ☐ Addressee

B. Received by (Printed Name) M. EODitt

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service la* 7005 1820 0000 8781 6256

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540