UNITED STATES POSTAL SERVICE

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1820 0000 8781 6225**
Status: **Delivered**

Your item was delivered at 8:15 AM on June 14, 2007 in NEW LONDON, CT 06320.

Additional Details > Return to USPS.com Home >

Enter Label/Receipt Number.

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email. Go >

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ITIZENS BANK OF CONNECTICUT
o RICHARD BARRY, PRES.
3 EUGENE O'NEILL DRIVE
EW LONDON, CT 06320

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X R Kerfoot
☐ Agent
☐ Addressee

B. Received by (Printed Name) R Kerfoot

C. Date of Delivery 6/14/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7005 1820 0000 8781 6225

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540