AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the District of RHODE ISLAND

Ronald A. Katz Technology Licensing, L.P.

V.

Citizens Financial Group, Inc., et al.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: C.A. 07-0210-ML

TO: (Name and address of Defendant)

Citizens Bank of Rhode Island
c/o Brendan Halligan
One Citizens Drive
Legal Dept. RSD370
Riverside, RI 02915

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John E. Bulman
LITTLE, MEDEIROS, KINDER, BULMAN & WHITNEY PC
72 Pine Street
Providence, RI 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 6/8/2007

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE June 12, 2007 |
| NAME OF SERVER *(PRINT)* Thomas Noury | TITLE |

*Check one box below to indicate appropriate method of service*

P.O. Box 114026
North Providence, RI 02911

☒ Served personally upon the defendant. Place where served: Citizen Bank of R.I. 1 Citizens Dr. East Providence R.I.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify): x Rorana Aquino

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | ~~$0.00~~ 45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/12/07 (Date) — Thomas Noury (*Signature of Server*)

Thomas Noury
P.O. Box 114026
North Providence, RI 02911
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.