IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,<br><br>Plaintiff,<br>v.<br>CITIZENS FINANCIAL GROUP INC.,<br>CITIZENS BANK,<br>CITIZENS BANK NEW HAMPSHIRE,<br>CITIZENS BANK OF CONNECTICUT,<br>CITIZENS BANK OF MASSACHUSETTS,<br>CITIZENS BANK OF PENNSYLVANIA,<br>CITIZENS BANK OF RHODE ISLAND,<br>CITIZENS BANK, N.A., and<br>CHARTER ONE BANK, N.A.,<br><br>Defendants. | CIVIL CASE NO. 1:07-cv-00210-ML-LDA<br>Jury Trial Demanded |

## NOTICE OF RELATED ACTIONS

Plaintiff Ronald A. Katz Technology Licensing, L.P. hereby notifies the Court of related actions that were filed at or around the same time as the instant action. Each of these related patent infringement actions involve all or substantially all of the same patents. This notice is being filed to provide the Court with a comprehensive list of all related cases. Attached as Exhibit A is a list of all cases that are part of the multidistrict litigation pending in the Central District of California. Attached as Exhibit B is a list of all newly-filed actions. Plaintiff has filed a Notice of Potential Tag-along Actions with the Judicial Panel on Multidistrict Litigation with regard to the recently filed actions.

Dated: June 22, 2007

Respectfully submitted,

By: */s/ John E. Bulman*
John E. Bulman, State Bar No. 3147
*jbulman@lmkbw.com*
LITTLE, MEDEIROS, KINDER, BULMAN & WHITNEY PC
72 Pine Street
Providence, RI 02903
(v) 401.272.8080
(f) 401.521.3555

Of Counsel:

Stephen C. Neal
*nealsc@cooley.com*
COOLEY GODWARD KRONISH LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Frank V. Pietrantonio
*fpietrantonio@cooley.com*
Jonathan G. Graves
*jgraves@cooley.com*
COOLEY GODWARD KRONISH LLP
One Freedom Square
11951 Freedom Drive
Reston, VA 20190-5656
Telephone: (703) 456-8000
Facsimile: (703) 456-8100

*Attorneys for Plaintiff*
*Ronald A. Katz Technology Licensing, L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that service of the within Notice of Related Actions was made on all parties in interest by mailing a true copy of said Notice, by certified mail, return receipt requested, to the following parties:

| | |
|---|---|
| Citizens Financial Group Inc. | Corporation Service Company<br>222 Jefferson Boulevard Suite 200<br>Warwick, RI 02888 |
| Citizens Bank | Richelle Vible, Pres.<br>919 North Market Street, Suite 200<br>Wilmington, Delaware 19801 |
| Citizens Bank New Hampshire | Cathleen Schmidt, Pres.<br>875 Elm Street<br>Manchester, NH 03101 |
| Citizens Bank of Connecticut | Richard Barry, Pres.<br>63 Eugene O'Neill Drive<br>New London, CT 06320 |
| Citizens Bank of Massachusetts | Robert E. Smyth, Pres.<br>28 State Street<br>Boston,MA 02110 |
| Citizens Bank of Pennsylvania | Ralph J. Papa, Pres.<br>2001 Market Street<br>Philadelphia,PA 19103 |
| Citizens Bank of Rhode Island | Brendan Halligan<br>One Citizens Drive<br>Legal Dept. RSD370<br>Riverside, RI 02915 |
| Citizens Bank, N.A | Robert M. Curley, Pres.<br>833 Broadway<br>Albany,NY 12207 |
| Charter One Bank, N.A. | Edward O. Handy<br>1215 Superior Avenue<br>Cleveland, OH 44114 |

*/s/ John E. Bulman*