**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., Plaintiff, | |
| v. | CIVIL CASE NO. 07-210ML |
| CITIZENS FINANCIAL GROUP INC., CITIZENS BANK, CITIZENS BANK OF NEW HAMPSHIRE CITIZENS BANK OF MASSACHUSETTS CITIZENS BANK OF RHODE ISLAND CITIZENS BANK, N.A. AND CHARTER ONE BANK, N.A., Defendants. | JURY TRIAL DEMANDED |

**ENTRY OF APPEARANCE**

Christine K. Bush, Esq., of Duffy Sweeney & Scott, Ltd., hereby enters her appearance on behalf of Citizens Financial Group, Inc., Citizens Bank, Citizens Bank of New Hampshire, Citizens Bank of Massachusetts, Citizens Bank of Rhode Island, Citizens Bank, N.A., and Charter One Bank, N.A.

CITIZENS BANK, et al.
By their Attorneys

/s/ Christine K. Bush, Esq.

Christine K. Bush, Esq. (#5587)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
cbush@duffysweeney.com
(401) 455-0700-telephone
(401) 455-0701-facsimile

Dated: June 27, 2007

**CERTIFICATION**

The undersigned hereby certifies that on the 27th day of June, 2007, a copy of the foregoing was filed through the ECF system, and was served electronically to the following recipients identified as registered participants on the Notice of Electronic Filing (NEF):

John E. Bulman, Esq.
Little, Medeiros, Kinder, Bulman & Whitney
72 Pine Street, 5th Floor
Providence, RI 02903
jbulman@lmkbw.com

/s/ Christine K. Bush