**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,
Plaintiff,

v.

CITIZENS FINANCIAL GROUP INC.,
CITIZENS BANK,
CITIZENS BANK OF NEW HAMPSHIRE
CITIZENS BANK OF MASSACHUSETTS
CITIZENS BANK OF RHODE ISLAND
CITIZENS BANK, N.A. AND
CHARTER ONE BANK, N.A.,
Defendants.

CIVIL CASE NO. 07-210ML

JURY TRIAL DEMANDED

**STIPULATION**

Plaintiff, Ronald A. Katz Technology Licensing, L.P., and Defendants, Citizens Financial Group, Inc., Citizens Bank, Citizens Bank of New Hampshire, Citizens Bank of Massachusetts, Citizens Bank of Rhode Island, Citizens Bank, N.A., and Charter One Bank, N.A. stipulate that the time within which Defendants shall answer or otherwise respond to the Complaint is extended up to and including July 31, 2007.

RONALD A. KATZ TECHNOLOGY
LICENSING, L.P.
By Its Attorneys,

/s/ John E. Bulman, Esq.
John E. Bulman, Esq. (#3147)
jbulman@lmkbw.com
Little, Medeiros, Kinder, Bulman & Whitney
72 Pine Street, 5th Floor
Providence, RI 02903
(401) 272-8080 – Telephone
(401) 521-3555 – Fax

Dated: June 28, 2007

CITIZENS BANK, et al.
By their Attorneys,

/s/ Craig M. Scott
Craig M. Scott, Esq. (#4237)
cscott@duffysweeney.com
Christine K. Bush, Esq. (#5587)
cbush@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700 - Telephone
(401) 455-0701 - Fax
Dated: June 28, 2007

**CERTIFICATION**

The undersigned hereby certifies that on the 28th day of June, 2007, a copy of the foregoing was filed through the ECF system, and was served electronically to the following recipients identified as registered participants on the Notice of Electronic Filing (NEF):

John E. Bulman, Esq.
Little, Medeiros, Kinder, Bulman & Whitney
72 Pine Street, 5th Floor
Providence, RI 02903
jbulman@lmkbw.com

/s/ Craig M. Scott