JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 20 2007

FILED
CLERK'S OFFICE

***DOCKET NO. 1816***

# *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE KATZ INTERACTIVE CALL PROCESSING PATENT LITIGATION*

***(SEE ATTACHED SCHEDULE)***

## *CONDITIONAL TRANSFER ORDER (CTO-2)*

On March 20, 2007, the Panel transferred 25 civil actions to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.2d_ (J.P.M.L. 2007). Since that time, one additional action has been transferred to the Central District of California. With the consent of that court, all such actions have been assigned to the Honorable Robert Gary Klausner.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Klausner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of March 20, 2007, and, with the consent of that court, assigned to the Honorable Robert Gary Klausner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL - 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# SCHEDULE CTO-2 - TAG-ALONG ACTIONS
# DOCKET NO. 1816
# IN RE KATZ INTERACTIVE CALL PROCESSING PATENT LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **CALIFORNIA NORTHERN** | | |
| CAN 3 07-3004 | Ronald A. Katz Technology Licensing, L.P. v. Bank of the West, et al. | |
| **DELAWARE** | | |
| ~~DE 1 07-361~~ | ~~Ronald A. Katz Technology Licensing, L.P. v. Comcast Corp., et al.~~ | Opposed 7/6/07 |
| DE 1 07-368 | Ronald A. Katz Technology Licensing, L.P. v. Citizens Communications Co., et al. | |
| **GEORGIA NORTHERN** | | |
| GAN 1 07-1325 | Ronald A. Katz Technology Licensing, L.P. v. The Southern Co., et al. | |
| **HAWAII** | | |
| HI 1 07-314 | Ronald A. Katz Technology Licensing, L.P. v. First Hawaiian Bank | |
| **ILLINOIS NORTHERN** | | |
| ILN 1 07-3235 | Ronald A. Katz Technology Licensing, L.P. v. Exelon Corp., et al. | |
| **INDIANA SOUTHERN** | | |
| INS 1 07-716 | Ronald A. Katz Technology Licensing, L.P. v. Old National Bancorp., et al. | |
| **MICHIGAN EASTERN** | | |
| MIE 2 07-12459 | Ronald A. Katz Technology Licensing, L.P. v. CMS Energy Corp., et al. | |
| **MISSOURI EASTERN** | | |
| MOE 4 07-1083 | Ronald A. Katz Technology Licensing, L.P. v. Ameren Corp., et al. | |
| **NORTH CAROLINA EASTERN** | | |
| NCE 5 07-202 | Ronald A. Katz Technology Licensing, L.P. v. Progress Energy, Inc., et al. | |
| **NEW JERSEY** | | |
| ~~NJ 2 07-2658~~ | ~~Ronald A. Katz Technology Licensing, L.P. v. Public Service Enterprise Group, Inc., et al.~~ | Opposed 7/6/07 |
| **NEVADA** | | |
| NV 2 07-737 | Ronald A. Katz Technology Licensing, L.P. v. Sierra Pacific Resources, et al. | |
| **NEW YORK SOUTHERN** | | |
| NYS 1 07-5392 | Ronald A. Katz Technology Licensing, L.P. v. Consolidated Edison Co. of New York, Inc., et al. | |
| NYS 1 07-5442 | Ronald A. Katz Technology Licensing, L.P. v. New York Life Insurance Co., et al. | |
| **OHIO NORTHERN** | | |
| OHN 1 07-1706 | Ronald A. Katz Technology Licensing, L.P. v. Cincinnati Bell, Inc., et al. | |
| **OHIO SOUTHERN** | | |
| OHS 1 07-451 | Ronald A. Katz Technology Licensing, L.P. v. Fifth Third Bancorp, et al. | |
| **OKLAHOMA WESTERN** | | |
| OKW 5 07-650 | Ronald A. Katz Technology Licensing, L.P. v. OGE Energy Corp., et al. | |
| **PENNSYLVANIA EASTERN** | | |
| PAE 2 07-2313 | Ronald A. Katz Technology Licensing, L.P. v. PPL Corp., et al. | |
| **RHODE ISLAND** | | |
| RI 1 07-210 | Ronald A. Katz Technology Licensing, L.P. v. Citizens Financial Group, Inc., et al. | |
| **TEXAS EASTERN** | | |
| TXE 2 07-232 | Ronald A. Katz Technology Licensing, L.P. v. Continental Airlines, Inc., et al. | |
| TXE 2 07-233 | Ronald A. Katz Technology Licensing, L.P. v. TXU Corp., et al. | |
| TXE 2 07-237 | Ronald A. Katz Technology Licensing, L.P. v. BMG Columbia House, Inc., et al. | |
| TXE 6 07-260 | Ronald A. Katz Technology Licensing, L.P. v. Colonial Bank N.A., et al. | |

# INVOLVED COUNSEL LIST (CTO-2)
# DOCKET NO. 1816
# IN RE KATZ INTERACTIVE CALL PROCESSING PATENT LITIGATION

Eric Miller Albritton
P.O. Box 2649
Longview, TX 75606

W. Edward Bailey
Heller Ehrman, LLP
Times Square Tower
7 Times Square
New York, NY 10036

Celia Barenholtz
Cooley, Godward, Kronish, LLP
1114 Avenue of the Americas
New York, NY 10036

William D. Bierman
Nowell, Amorso, Klein, Bierman, P.A.
155 Polify Road
Hackensack, NJ 07601

John E. Bulman
Little, Medeiros, Kinder,
Bulman & Whitney
72 Pine Street, 5th Floor
Providence, RI 02903

Rebecca Lyn Butcher
Landis, Rath & Cobb, LLP
919 Market Street, Suite 600
P.O. Box 2087
Wilimington, DE 19899

Linda F. Callison
Cooley, Godward, Kronish, LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155

James D. Cashel
Montgomery, McCracken,
Walker & Rhoads
The Fidelity Building
123 South Broad Street
Philadelphia, PA 19109-1030

Andrew P. Gordon
McDonald, Carano & Wilson
2300 W. Sahara Avenue
Suite 1000-10
Las Vegas, NV 89102

Robert J. Hanna
Tucker Ellis & West, LLP
1150 Huntington Bldg.
925 Euclid Avenue
Cleveland, OH 44115-1475

Richard L. Horwitz
Potter Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

David Scott Kerven
Weatherly, Kerven & Seigel, LLC
15 Perimeter Center Place
Suite 1082
Atlanta, GA 30346-1245

Robert G. Klein
McCorriston, Miller, Mukai &
MacKinnon, LLP
Five Waterfront Plaza, Suite 400
500 Ala Moana Boulevard
Honolulu, HI 96813

Kathleen A. Lang
Dickinson Wright, PLLC
500 Woodward Aveune
Suite 400
Detroit, MI 48226-3425

Collin Michael Maloney
Ireland, Carroll & Kelley
6101 S. Broadway
Suite 500
Tyler, TX 75703

Rachel K. McCombs
Walls, Walker, Harris & Wolfe, PLLC
3030 N.W. Expressway
Suite 500
Oklahoma City, OK 73112

John Michael Pickett
Young, Pickett & Lee
4122 Texas Blvd.
P.O. Box 1897
Texarkana, TX 75504-1897

Donald John Rafferty
Cohen, Todd, Kite & Stanford
250 E. Fifth Street
Suite 1200
Cincinnati, OH 45202-4139

James W. Riley, Jr.
Riley, Bennett & Egloff, LLP
141 East Washington Street
Suite 400
Indianapolis, IN 46204

Gary R. Sarachan
Capes & Sokol
7701 Forsyth Boulevard
12th Floor
St. Louis, MO 63105

Matthew W. Sawchak
Ellis & Winters, LLP
P.O. Box 33550
Raleigh, NC 27636

Chad Allen Schiefelbein
Vedder, Price, Kaufman
& Kammholz. P.C.
222 North LaSalle Street
Suite 2400
Chicago, IL 60601

John M. Seaman
Bouchard, Margules & Friedlander, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801

Clyde Moody Siebman
Siebman, Reynolds, Burg & Phillips, LLP
300 North Travis Street
Sherman, TX 75090-0070

Jill Zimmerman
Davis Polk & Wardwell
1600 El Camino Real
Menlo Park, CA 94025-4121

# INVOLVED JUDGES LIST (CTO-2)
# DOCKET NO. 1816
# IN RE KATZ INTERACTIVE CALL PROCESSING PATENT LITIGATION

Hon. James L. Larson
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102-3489

~~Hon. Sue L. Robinson~~
~~Chief Judge~~
~~United States District Court~~
~~6124 J. Caleb Boggs Federal Building~~
~~844 North King Street~~
~~Wilmington, DE 19801-3519~~

Hon. Gregory M. Sleet
U.S. District Judge
J. Caleb Boggs Federal Building
844 North King Street
Lockbox 19
Wilmington, DE 19801-3519

Hon. Charles A. Pannell, Jr.
U.S. District Judge
2321 Richard B. Russell Federal Bldg.
& U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Hon. Samuel P. King
Senior U.S. District Judge
C-461 Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850

Hon. Matthew F. Kennelly
U.S. District Judge
2188 Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Larry J. McKinney
Chief Judge, U.S. District Court
204 Birch Bayh Federal Building
& U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Gerald E. Rosen
U.S. District Judge
730 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Hon. Charles A. Shaw
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 12th Floor
St. Louis, MO 63102-9958

Hon. Terrence W. Boyle
Chief Judge, U.S. District Court
P.O. Box 306
Elizabeth City, NC 27907

~~Hon. Joseph A. Greenaway, Jr.~~
~~U.S. District Judge~~
~~411 U.S. Post Office & Courthouse~~
~~Two Federal Square~~
~~Newark, NJ 07102~~

Hon. Roger L. Hunt
Chief Judge, U.S. District Court
6018 Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard, South
Las Vegas, NV 89101

Hon. Richard M. Berman
U.S. District Judge
650 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Naomi Reice Buchwald
U.S. District Judge
2270 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Solomon Oliver, Jr.
U.S. District Judge
17A Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue
Cleveland, OH 44113

Hon. Sandra S. Beckwith
Chief Judge, U.S. District Court
810 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Hon. Joe L. Heaton
U.S. District Judge
1210 U.S. Courthouse
200 Northwest 4th Street
Oklahoma City, OK 73102

Hon. Juan R. Sanchez
U.S. District Judge
United States District Court
20613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. Mary M. Lisi
Chief Judge, U.S. District Court
310 Federal Building & U.S. Courthouse
One Exchange Terrace
Providence, RI 02903-1270

Hon. David Folsom
U.S. District Judge
309 U.S. Courthouse & Post Office
500 N. State Line Avenue
Texarkana, TX 71854-5957

Hon. T. John Ward
U.S. District Judge
Sam B. Hall, Jr. Federal Building
& U.S. Courthouse
100 E. Houston Street
Marshall, TX 75670-4144

Hon. Leonard E. Davis
U.S. District Judge
United States District Court
106 Federal Building
211 West Ferguson Street
Tyler, TX 75702

# INVOLVED CLERKS LIST (CTO-2)
# DOCKET NO. 1816
# IN RE KATZ INTERACTIVE CALL PROCESSING PATENT LITIGATION

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Peter T. Dalleo, Clerk
J. Caleb Boggs Federal Building
Lockbox 18
844 North King Street
Wilmington, DE 19801-3570

James N. Hatten, Clerk
2217 Richard B. Russell Federal Building
& U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

Sue Beitia, Clerk
C-338 Prince Kuhio Federal Building
300 Ala Monan Boulevard
Honolulu, HI 96850

Michael W. Dobbins, Clerk
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Laura A. Briggs, Clerk
105 Birch Bayh Federal Building
& U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

David J. Weaver, Clerk
814 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

James G. Woodward, Clerk
3300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

Michael D. Brooks, Acting Clerk
U.S. District Court
P.O. Box 25670
Raleigh, NC 27611-5670

~~William T. Walsh, Clerk~~
~~Martin Luther King, Jr. Federal Building~~
~~& U.S. Courthouse~~
~~50 Walnut Street, 4th Floor~~
~~Newark, NJ 07102~~

Lance S. Wilson, Clerk
Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard, South
Las Vegas, NV 89101

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

James Bonini, Clerk
324 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

Michael E. Kunz, Clerk
2609 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

David A. DiMarzio, Clerk
356 John O. Pastore Federal Building
Two Exchange Terrace
Providence, RI 02903

David J. Maland, Clerk
100 East Houston Street, #125
Marshall, TX 75670-4144

David J. Maland, Clerk
106 Federal Building
211 W. Ferguson Street
Tyler, TX 75702